**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**KRISTEN LEE PLANT**                                                    **PLAINTIFF**

**VS.**                                     **No. 4:25-cv-01118 PSH**

**COMMISSIONER,**
**Social Security Administration**                                   **DEFENDANT**

**JUDGMENT**

Pursuant to the Order filed in this matter this date, this case is dismissed with prejudice.

IT IS SO ORDERED this 2nd day of June, 2026.

_____
UNITED STATES MAGISTRATE JUDGE

1